COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

| | |
|---|---|
| Appellate case name: | The City of Friendswood and Kevin Holland v. Paul and Carolyn Horn, Mike and Lucy Stacy, Pete and Judy Garcia and Janice Frankie |
| Appellate case number: | 01-15-00436-CV |
| Trial court case number: | 14-CV-0490 |
| Trial court: | 212th District Court of Galveston County |

On June 4, 2015, we ordered the appellants to provide written notice from the court reporter showing that they had paid or made arrangements to pay the reporter's fee for preparing the record or we would consider and decide only those issues or points that do not require a reporter's record for a decision. *See* TEX. R. APP. P. 34.6(b)(1), 35.3(b)(2), (b)(3), (c), 37.3(c).

On June 9, 2015, the appellants filed a letter with the Clerk of this Court, notifying the Court that there is no reporter's record that is relevant to our review and that they "did not request" the record because they "did not anticipate" that the record "would be necessary for this Court's *de novo* review." Further, appellants request, in their letter, that "the Court please set a deadline for Appellants' brief, without the necessity of a Reporter's Record . . . ."

Accordingly, the Court GRANTS appellants' request. The Court will consider and decide only those issues or points that do not require a reporter's record for a decision. *See* TEX. R. APP. P. 37.3(c). Appellants' brief is ORDERED to be filed within 20 days of the date of this order. *See* TEX. R. APP. P. 38.6(a). Appellees' brief, if any, is ORDERED to be filed within 20 days of the filing of appellants' brief. *See* TEX. R. APP. P. 38.6(b).

Judge's signature: <u>Chief Justice Sherry Radack</u>
        ☒ Acting individually
Date: June 11, 2015